UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUNIQUE AGOSTINI,<br><br>     Plaintiff,<br><br>-v-<br><br><br>THE ASTORIA BOOKSHOP, LLC,<br><br>     Defendant. | CIVIL ACTION NO.: 24 Civ. 8837 (PAE) (SLC)<br><br>**ORDER TO INITIATE DEFAULT PROCEEDINGS** |

**SARAH L. CAVE,** United States Magistrate Judge:

  The Complaint in this action was served on Thursday, December 5, 2024, with Defendant's Answer due on Thursday, December 26, 2024. (ECF No. 7). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Monday, January 6, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, January 20, 2025.**

Dated:  New York, New York
     December 30, 2024

                   SO ORDERED.

                   _____
                   **SARAH L. CAVE**
                   **United States Magistrate Judge**